UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00744-JVS-KES | Date | July 26, 2021 |
| Title | Lawanda Carter v. United States | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Order to Show Cause**

Carter filed suit against the United States alleging medical malpractice and negligence by the United States Department of Veterans Affairs. Dkt. No. 1.

On July 6, 2021, the Court issued an Order to Show Cause no later than July 23, 2021, why the action should not be dismissed for lack of prosecution. Dkt. No. 17. The Court did so because Carter had failed to file any proof of service to date. Carter then filed a proof of service. Dkt. No. 19.

Federal Rule of Civil Procedure 4(i) governs the procedure for how to serve the United States. It requires the following when serving the United States:
"To serve the United States, a party must:
> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i). If serving a United States agency or corporation, a party must serve the United States and also send a copy of the summons and complaint by registered or certified mail to the agency. Fed. R. Civ. P. 4(i)(2). A party must also provide proof of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   8:21-cv-00744-JVS-KES                           Date   July 26, 2021

Title      Lawanda Carter v. United States

service.  Fed. R. Civ. P. 4(l).

    Therefore, the Federal Rules require serving a copy and summons on each of the following entities, and submitting signed return receipts for each: the United States Attorney's Office for the Central District of California; the United States Attorney General's Office; and any relevant government agencies (the last, only if applicable).  . See Kassab v. U.S. Dept. Of Agriculture, No. 11CV01530 BTM WMC, 2012 WL 2921216, at *2 (S.D. Cal. July 16, 2012).

    The proof of service **must contain a copy of the signed return receipt**.  In order to proceed, Carter must demonstrate **valid** service, as the Court's earlier Order to Show Cause discussed.  **Failure to timely submit evidence of valid service, as discussed above (i.e., with evidence of confirmed receipt of the complaint) will result in dismissal of the action.**  The Central District of California maintains adequate online resources for Pro Se litigants (http://prose.cacd.uscourts.gov/), and the Court recommends that Carter review the resources available to her, particularly as they relate to service on the United States.

    Therefore, the Court, on its own motion, hereby ORDERS Plaintiffs to Show Cause (OSC) in writing no later than **August 13, 2021**, why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Plaintiffs, the Court will consider the filing of valid proofs of service of summons and complaint as an appropriate response to this OSC, on or before the above date.

    It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant and providing the Court a valid address (see returned mail Dkt. No. 18).  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

    **IT IS SO ORDERED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  8:21-cv-00744-JVS-KES                              Date  July 26, 2021

Title  Lawanda Carter v. United States

                                                                 : 0

                                Initials of Preparer    lmb